**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JACOB CATHEY, JABE D. "BUTCH" CRAVENS, and ORLEAS FRED ATCHISON, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-04-4155 |
| INTEGRATED ELECTRICAL SERVICE, INC., POLLOCK SUMMIT ELECTRIC, L.P., and POLLACK ELECTRIC, INC., | § § § § § | |
| Defendants. | § | |

**FINAL JUDGMENT**

Plaintiffs, Jabe D. "Butch" Cravens, Orleas Fred Atchison, and Jacob Cathey, allege that defendants, Integrated Electrical Services, Inc., Pollock Summit Electric, L.P., and Pollock Electric, Inc., violated the Fair Labor Standards Act. Defendants deny plaintiffs' allegations.

The parties wish to settle their differences. Each plaintiff executed a Settlement Agreement and Release of All Claims with defendants.

Based on the pleadings and record, the applicable case law, counsel's presentation at an oral hearing, and the parties' Settlement Agreements and Releases of All Claims, this court enters the following findings:

The settlements are fair and reasonable. The Settlement Agreements and Releases of All Claims represent the culmination of over seven months of litigation in which the parties

had *bona fide* disagreements over the merits of plaintiffs' claims. Plaintiffs' claims for liability and damages are fully and finally resolved in the settlement and may not be relitigated in whole or in part at any point in the future.

Under the Settlement Agreements and Releases of All Claims and this Judgment, plaintiffs' claims in the above-referenced and numbered cause are dismissed with prejudice in their entirety, with the parties to bear their own costs.

This is a final judgment.

SIGNED on January 27, 2006, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge